*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

JACOB MARION, by Guardian and Next Friend,
MONICA MARION,

        Plaintiff-Appellant,

v

GRAND TRUNK WESTERN RAILROAD
COMPANY, STEVEN GOLOMBESKI, and JESSIE
WILSON,

        Defendants-Appellees.

FOR PUBLICATION
March 10, 2022

No. 352355
Wayne Circuit Court
LC No. 18-005516-NO

Before: GLEICHER, P.J., and CAVANAGH and LETICA, JJ.

LETICA, J. (*concurring*).

The trial court misconstrued critical facts and common-law legal principles before it concluded that there were no genuine issues of material fact. For this reason, I concur in the majority's disposition.[1]

/s/ Anica Letica

---

[1] Plaintiff does not challenge the trial court's order to the extent it granted defendants' summary disposition regarding allegations pertaining to the train's excessive speed, the railroad's duty to fence, or attractive nuisance.